Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>RMT LANDSCAPE CONTRACTORS, INC., a California corporation,<br><br>          Defendant. | Case No.:  C11-5684 CW<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs F.G. CROSTHWAITE and RUSSELL E. BURNS, et al., voluntarily dismiss, without prejudice, their claim against Defendant RMT LANDSCAPE CONTRACTORS, INC., a California corporation. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice.

///

///

///

///

///

///

-1-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**Case No.: C11-5684 CW**

P:\CLIENTS\OE3CL\RMT Landscape\Pleadings\Voluntary Dismissal Without Prejudice - 032212.DOC

1 I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2 entitled action, and that the foregoing is true of my own knowledge.

3 Executed this 22nd day of March 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

**ORDER**

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, without prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated: 3/26/2012

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**Case No.: C11-5684 CW**

P:\CLIENTS\OE3CL\RMT Landscape\Pleadings\Voluntary Dismissal Without Prejudice - 032212.DOC