Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.: C11-5684 CW |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| RMT LANDSCAPE CONTRACTORS, INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs F.G. CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendant RMT LANDSCAPE CONTRACTORS, INC., a California corporation. Defendant has fully satisfied the Settlement Agreement and Stipulation for Entry of Judgment.

It is therefore requested that this action be dismissed with prejudice.

///

///

///

///

///

///

-1-
**VOLUNTARY DISMISSAL WITH PREJUDICE**
Case No.: C11-5684 CW

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 6th day of December 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

## ORDER

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, with prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated: 12/10/2013         _____
UNITED STATES DISTRICT COURT JUDGE

-2-
**VOLUNTARY DISMISSAL WITH PREJUDICE**
**Case No.: C11-5684 CW**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Voluntary Dismissal With Prejudice 120613.doc