1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 F.G. CROSTHWAITE, et al.,                | Case No.: C11-5684 CW

              Plaintiffs,                   | **VOLUNTARY DISMISSAL WITH PREJUDICE**
12
       v.
13
   RMT LANDSCAPE CONTRACTORS, INC., a
14 California corporation,

15            Defendant.

16

17        PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs F.G.

18 CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendant

19 RMT LANDSCAPE CONTRACTORS, INC., a California corporation.  Defendant has fully

20 satisfied the Settlement Agreement and Stipulation for Entry of Judgment.

21        It is therefore requested that this action be dismissed with prejudice.

22        ///

23        ///

24        ///

25        ///

26        ///

27        ///

28

                                                                              -1-
                                                      **VOLUNTARY DISMISSAL WITH PREJUDICE**
                                                                         Case No.: C11-5684 CW

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Voluntary Dismissal With Prejudice 120613.doc

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 6th day of December 2013, at San Francisco, California.

> SALTZMAN & JOHNSON
> LAW CORPORATION
>
> By: _____/S/_____
> Muriel B. Kaplan
> Attorneys for Plaintiffs

**ORDER**

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, with prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated: 12/10/2013

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
**VOLUNTARY DISMISSAL WITH PREJUDICE**
**Case No.: C11-5684 CW**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Voluntary Dismissal With Prejudice 120613.doc